```
CROSNER LEGAL, P.C.
Zachary M. Crosner (SBN 272295)
Chad A. Saunders (SBN 257810)
Craig W. Straub (SBN 249032)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Fax: (310) 510-6429
zach@crosnerlegal.com
chad@crosnerlegal.com
craig@crosnerlegal.com
```

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIKOLAS CHAPLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CONSUMER HEALTHCARE, INC. and MEDTECH PRODUCTS INC.,<br><br>Defendants. | Case No. 22-cv-09201-AGT<br><br>**NOTICE OF DISMISSAL (FED. R. CIV. P. 41(a)(1)(A)(i))** |

1  NOTICE TO ALL PARTIES that Plaintiff Nikolas Chaplin hereby dismisses the entire above captioned action (the "Action"). Defendants Prestige Consumer Healthcare, Inc. and MedTech Products Inc. have not served either an answer or a motion for summary judgment in this Action. Therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: (1) Plaintiff Nikolas Chaplin's individual claims in this Action are hereby dismissed with prejudice; and (2) any putative class claims in the Action are hereby dismissed without prejudice. Each side shall bear its own attorneys' fees and costs.

Dated: April 7, 2023

Respectfully submitted,

**CROSNER LEGAL, P.C.**

By: */s/ Craig W. Straub*
     CRAIG W. STRAUB

craig@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Fax: (310) 510-6429

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 7, 2023.

*s/ Craig W. Straub*
CRAIG W. STRAUB

CROSNER LEGAL, P.C.
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Fax: (310) 510-6429
craig@crosnerlegal.com